**BROWER LAW GROUP, APC**
Steven Brower (SBN 93568)
 *Steve@BrowerLawGroup.com*
Jafer Jaffery (SBN 339755)
 *Jafer@BrowerLawGroup.com*
23601 Moulton Parkway, Suite 220
Laguna Hills, CA 92653
Telephone: (949) 668-0825

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON CAMPOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-10, inclusive<br><br>　　　　Defendants. | Case No. 4:22-cv-05781 (~~3~~)<br><br>**[PROPOSED]** **ORDER GRANTING SECOND EX PARTE APPLICATION FOR PERMISSION TO CONDUCT LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**<br><br>[*Filed concurrently with second Ex Parte Application*] |

　　Having considered the <u>second</u> Ex Parte Application for Permission to Conduct Limited Discovery Prior to Rule 26(f) Conference, filed by Plaintiff Allison Campos, considering her supplemental brief, the Court finds Plaintiff has met her burden to obtain early discovery. and ~~finding good cause for the requested discovery~~,

　　IT IS HEREBY ORDERED that the Application is GRANTED.  Plaintiff may serve discovery on Verizon Communications, Inc. and Merrill Lynch & Co., Inc. to obtain information regarding the Doe defendants in this action.  Plaintiff shall issue and personally serve the proposed subpoenas attached to the second Ex Parte Application for Permission to Conduct Limiting Discovery Prior to Rule 26(f) Conference as Exhibits A and B on Verizon Communications, Inc. and Merrill Lynch

BROWER LAW GROUP
A PROFESSIONAL
CORPORATION

~~[PROPOSED]~~ ORDER GRANTING EX PARTE APPLICATION FOR PERMISSION TO CONDUCT LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

1 & Co., Inc., respectively, along with a copy of this Order.

3  December 6, 2022

~~The Honorable Alex G. Tse~~
~~Magistrate Judge of the United States District~~
~~Court for the Northern District of California~~

Honorable Jeffrey S. White
Senior United States District Judge
United States District Court for the Northern District of California

BROWER LAW GROUP
A PROFESSIONAL
CORPORATION

2

[PROPOSED] ORDER GRANTING SECOND EX PARTE APPLICATION FOR PERMISSION
TO CONDUCT LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE